# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| NICK M BAJALIA and MONIQUE BAJALIA, | : |
| Plaintiffs, | : |
| v. | : CASE NO.: 7:24-CV-134 (LAG) |
| GIANTEX INC., *et al.*, | : |
| Defendants. | : |

## ORDER

On December 31, 2025, Plaintiff emailed the Court requesting a telephonic conference, pursuant to the Scheduling and Discovery Order. (Doc. 5) (*see* email to Marcia Alvarez Benavidez, Courtroom Deputy, at 2:05 p.m.). The Court hereby orders that the discovery issue raised in Plaintiff's email be referred to Magistrate Judge Alfreda Sheppard.

**SO ORDERED**, this 7th day of January, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**