IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| NICK M BAJALIA and MONIQUE BAJALIA, | : : : |
| Plaintiffs, | : : |
| v. | : CASE NO.: 7:24-CV-134 (LAG) |
| GIANTEX INC., *et al.*, | : : : |
| Defendants. | : : |

## ORDER

Before the Court is the Parties' Consent Motion for Protective Order. (Doc. 23). Therein, the Parties ask the Court to enter a protective order to protect Plaintiff's confidential medical information and records. (*See id.* at 2–3). Under Federal Rule of Civil Procedure 26(c), the Court may enter a protective order upon finding good cause. Stipulated protective orders have become "commonplace in the federal courts" to allow the parties "to designate particular documents as confidential . . . and postpone[] the necessary 'good cause' required for entry of a protective order until the confidential designation is challenged." *Chicago Trib. Co. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1307 (11th Cir. 2001) (citing *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 356 (11th Cir. 1987)). Accordingly, the Court finds a protective order is warranted to facilitate discovery. The Parties' Joint Motion (Doc. 23) is **GRANTED**, and the Parties' proposed Consent Protective Order (Doc. 23) is hereby **ADOPTED** and made the **ORDER** of the Court.

**SO ORDERED**, this 21st day of January, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**